IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC., <br> *Plaintiff,* <br> v. <br> INDEPENDENT BANK GROUP, INC. d/b/a INDEPENDENT BANK, <br> *Defendant.* | § § § § § § § § § § § <br> CASE NO. 2:24-CV-00783-JRG-RSP |

## ORDER

Independent Bank Group, Inc. ("Defendant") previously filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). (Dkt. No. 11). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 34), recommending denial of Defendant's Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 11) is **DENIED**.

So ORDERED and SIGNED this 17th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE